IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KEITH THOMAS,

    Plaintiff,                         CV F 06 1857 AWI WMW   P

  vs.                                  ORDER TO SHOW CAUSE

MS. DAVIS,

    Defendant.

      Plaintiff is a state prisoner proceeding pro se in a civil rights action challenging the conditions of his confinement.

      Plaintiff, an inmate in the custody of the California Department of Corrections at CSP Sacramento, brings this civil rights action against defendant Psychiatric Technician Davis.

      The Prison Litigation Reform Act provides that "[i]n no event shall a prisoner bring a civil action . . . under this section if the prisoner has, on 3 or more occasions, while incarcerated or detained in a facility, brought an action or appeal in a court of the United States that was dismissed on the ground that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious injury." 28 U.S.C. § 1915(g).

      This plaintiff has, on 3 prior occasions, brought civil actions challenging the conditions of his confinement. All three action were dismissed as frivolous, or for failure to state

1 a claim upon which relief can be granted.  Thomas v. Stockman, CV F 99 6655 REC DLB P;
2 Thomas v. Galaza, CV F 00 5346 AWI  DLB  P; Thomas v. Galaza, CV F 00 5348 OWW LJO
3 P.   Plaintiff is therefore not entitled to proceed in forma pauperis unless he alleges facts
4 indicating that he is in imminent danger of serious physical injury.
5       There are no such facts alleged in this case.  Plaintiff's alleges that Ms. Davis sexually
6 assaulted him.  Plaintiff alleges no other conduct.  Plaintiff also fails to identify where Defendant
7 Davis is employed, or where the conduct at issue occurred.  Plaintiff is currently housed at CSP
8 Sacramento.  Plaintiff also refers the court to an earlier case, CV F 03 6095 OWW HGB P,
9 which was dismissed for failure to pay the filing fee.  In that case, Plaintiff named a Ms. Davis as
10 the sole defendant.  Plaintiff has not alleged any facts indicating that he is in imminent danger of
11 serious injury.
12         Accordingly, IT IS HEREBY ORDERED that plaintiff is directed to show cause,
13 within thirty days of the date of service of this order, why his request to proceed in forma
14 pauperis should not be denied.   Failure to file a response will result in an order directing
15 Plaintiff to submit the $350 filing fee in full.

19 IT IS SO ORDERED.
20 **Dated:    January 19, 2007**              **/s/  William M. Wunderlich**
mmkd34                    UNITED STATES MAGISTRATE JUDGE

2