IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KEITH THOMAS,

    Plaintiff,　　　　　　　　　　　CV F 06 1857 OWW WMW P

    vs.　　　　　　　　　　　　　　ORDER RE: FINDINGS & RECOMMENDATIONS (#5)

DAVIS,

    Defendant.

    Plaintiff is a state prisoner proceeding pro se in this civil rights action. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

    On November 5, 2007, findings and recommendations were entered, recommending that Plaintiff be denied leave to proceed in forma pauperis. Plaintiff was provided an opportunity to file objections within thirty days. On December 4, 2007, Plaintiff filed objections to the findings and recommendations.

    In his objections, Plaintiff contends that he has filed a petition for a writ of mandate "involving the correction of three action were dismissed as frivolous, or for failing to state a claim." In case number CV F 99 6665 REC DLB P, judgment was entered on December 21, 2000. In case number CV F 00 5346 AWI DLB P, judgment was entered on January 8, 2001.

1

1 In case number CV F 00 5348 OWW LJO P, judgment was entered on November 15, 2000.
2 None of these cases was appealed.
3    Plaintiff also seeks an extension of time in which to submit the $350 filing fee.
4 Plaintiff indicates that he will soon be paroled. Plaintiff will be granted thirty days in which to
5 submit the filing fee.
6    In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(B) and Local Rule
7 73-305, this court has conducted a de novo review of this case. Having carefully reviewed the
8 entire file, the court finds the findings and recommendations to be supported by the record and
9 proper analysis.
10    Accordingly, THE COURT HEREBY ORDERS that:
11    1. The Findings and Recommendations issued by the Magistrate Judge on
12 November 5, 2007, are adopted in full; and
13    2. Plaintiff's application to proceed in forma pauperis is denied pursuant to 28
14 U.S.C. § 1915(g).
15    3. Plaintiff is directed to submit, within thirty days of the date of service of this
16 order, the $350 filing fee for this action in full. Plaintiff's failure to do so will result in dismissal
17 of this action pursuant to Local Rule 11-110 for failure to obey a court order.

20 IT IS SO ORDERED.
21 **Dated:   January 25, 2008**            /s/ Oliver W. Wanger
                                    UNITED STATES DISTRICT JUDGE

2