IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH THOMAS, | 1:06-cv-01857-LJO-WMW-(PC) |
| Plaintiff, | ORDER GRANTING MOTION TO EXTEND TIME TO PAY $350.00 FILING FEE |
| vs. | |
| DAVIS, | (DOCUMENT #9) |
| Defendants. | THIRTY DAY DEADLINE |

Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On February 7, 2008, plaintiff filed a motion to extend time to pay $350.00 filing fee. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Plaintiff is granted thirty (30) days from the date of service of this order in which to pay $350.00 filing fee.

IT IS SO ORDERED.

Dated:   February 22, 2008            /s/  William M. Wunderlich
                                      UNITED STATES MAGISTRATE JUDGE